| CDIL PROB 22 (Rev. 4/97) | US PROB-MILW 01/26/05 PM 03:46  TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 0753/5-00-20003-001 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 05-CR037 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Danny S. Parnell 8929 N. 85th Street #3 Milwaukee, Wisonsin 53224 | DISTRICT CENTRAL DISTRICT OF ILLINOIS | DIVISION Urbana | |
| | NAME OF SENTENCING JUDGE Michael P. McCuskey | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/27/2004 | TO 08/26/2007 |
| OFFENSE Bank Robbery | | | |

FILED
FEB 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Wisconsin/Milwaukee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/26/04  
Date

s/Michael P. McCuskey  
Michael P. McCuskey  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN/MILWAUKEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/25/05  
Effective Date

[signature]  
United States District Judge