E-FILED
Wednesday, 16 February, 2005  11:43:39 AM
Clerk, U.S. District Court, ILCD



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

February 16, 2005

Clerk of Court
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: USA  V.  Danny S. Parnell
CASE NO. :  00-20003

Dear Clerk :

    Pursuant to the executed Transfer of Jurisdiction filed in this office on February 15, 2005, enclosed please find certified copies of the following:

       1. Transfer of Jurisdiction Order
       2. Financial Account Summary
       3. Judgment and Conviction Order
       4. Indictment

    Additional financial records documenting restitution payments will be forwarded by our Peoria division.

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

                Sincerely,

                JOHN M. WATERS, CLERK
                U.S. DISTRICT COURT

JMW/slp
Enc.