E-FILED
Friday, 25 February, 2005 01:08:23 PM
Clerk, U.S. District Court, ILCD
COPY



# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61801

February 16, 2005

U.S.D.C.-E Dist. of WI
RECEIVED
FEB 1 8 2005
SOFRON B. NEDILSKY
CLERK

Clerk of Court
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE: USA V. Danny S. Parnell
CASE NO. : 00-20003

FILED
FEB 25 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Clerk :

Pursuant to the executed Transfer of Jurisdiction filed in this office on February 15, 2005, enclosed please find certified copies of the following:

1. Transfer of Jurisdiction Order
2. Financial Account Summary
3. Judgment and Conviction Order
4. Indictment

Additional financial records documenting restitution payments will be forwarded by our Peoria division.

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed envelope.

Sincerely,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/slp
Enc.